■ In the Matter of Jessica A.H.E., Respondent, v Robert C.H., Jr., Appellant. (Appeal No. 1.) [771 NYS2d 435]—Appeal from an order of the Family Court, Herkimer County (Matthew S. Ogonowski, J.H.O.), entered June 7, 2002. The order dismissed the petition to modify an order of custody and visitation with prejudice.

It is hereby ordered that the order so appealed from be and the same hereby is unanimously affirmed without costs for reasons stated at Family Court. Present—Wisner, J.P., Hurlbutt, Scudder, Kehoe and Hayes, JJ.

■ In the Matter of Robert C.H., Jr., Appellant, v Jessica A.H.E., Respondent. (Appeal No. 2.) [771 NYS2d 434]—Appeal from an order of the Family Court, Herkimer County (Matthew S. Ogonowski, J.H.O.), entered June 7, 2002. The order dismissed the family offense petition.

It is hereby ordered that the order so appealed from be and the same hereby is unanimously affirmed without costs for reasons stated at Family Court. Present—Wisner, J.P., Hurlbutt, Scudder, Kehoe and Hayes, JJ.